IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | | |
|---|---|---|
| JOAN EDWARDS, | ) | |
| | ) | Case No.    1:17-cv-00059 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BANK OF AMERICA, N.A.; | ) | |
| CARRINGTON MORTGAGE | ) | |
| SERVICING, INC.; | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendants Carrington Mortgage Services, LLC, improperly named as "Carrington Mortgage Servicing, Inc." ("CMS"), Bank of America, N.A. ("BANA" and together with CMS, "Defendants") hereby give notice of the removal of this action from the Chancery Court of Hamilton County, Tennessee, where it was pending, to the United States District Court for the Eastern District of Tennessee, Chattanooga Division.  As grounds for this removal, Defendants show unto the Court the following:

PROCEDURAL BACKGROUND

1.    The Plaintiff, Joan Edwards, ("Plaintiff"), commenced this action by filing a complaint against Defendants in the Chancery Court of Hamilton County, Tennessee, on or about the January 9, 2017 (the "Complaint").  Plaintiff's Complaint alleges various causes of action against Defendants in connection with certain real property located in Hamilton County, Tennessee.

2.    This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b), as it is being filed within thirty (30) days after Defendants first received, through service or otherwise, a copy of the

Complaint, which is the initial pleading setting forth the claims for relief upon which the state court action is based.

3.      A true and correct copy of the Complaint as received from Plaintiff is attached hereto in conformity with 28 U.S.C. § 1446(a).

<u>BASIS FOR REMOVAL</u>

4.      Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendants remove this case to the United States District Court for the Eastern District of Tennessee, Chattanooga Division, the Judicial District in which the action is pending.

5.      Removal of this action is appropriate under 28 U.S.C. § 1331 because the Complaint alleges violations of Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq., and the Consumer Financial Protection Act.[1]

6.      28 U.S.C. § 1331 provides that:

> The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.

7.      The claims made by Plaintiff pursuant to both the Fair Debt Collection Practices Act and the Consumer Financial Protection Act arise under the laws of the United States.

8.      Based on the foregoing, this Court has original jurisdiction of this action pursuant to 28 U.S.C. § 1331, and the removal is proper pursuant to 28 U.S.C. § 1441.

9.      Pursuant to U.S.C. § 1446(d), a removal notice and a copy of this Notice of Removal will be filed with the Clerk and Master of the Chancery Court of Hamilton County, Tennessee, and will be served on the Plaintiff.

---

[1] The Complaint does not specify what section of the Consumer Financial Protection Act is alleged to have been violated.

10.    The United States District Court for the Eastern District of Tennessee, Chattanooga Division, is a federal judicial district embracing the Chancery Court of Hamilton County, Tennessee, where this suit was originally filed.  Therefore, venue is proper under 28 U.S.C. §§ 81(b)(1) and 1441(a).

11.    Nothing in this Notice of Removal shall be interpreted as a waiver or relinquishment of any of Defendants' rights to assert any defense or affirmative matter available under Tennessee's rules of civil procedure, Fed. R. Civ. P. 12, or any state or federal statute.

WHEREFORE, Defendants request that Chancery Court Case No. 17-0017 be removed to the United States District Court for the Eastern District of Tennessee, Chattanooga Division.

Respectfully submitted, this 1st day of March, 2017.

BROCK & SCOTT PLLC

By:    */s/ Nicholas Adler*
       Nicholas H. Adler, #023469
       6 Cadillac Drive, Suite 140
       Brentwood, TN 37027
       (615) 550-7697 ext. 4610
       (615) 550-8484 (facsimile)
       nick.adler@brockandscott.com

*Attorneys for Defendants Carrington Mortgage Services, LLC, and Bank of America, N.A.*

-3-

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that a precise copy of the foregoing has been served upon all parties through the Court's Electronic Filing System, or via United States Mail with first-class postage affixed thereto and properly addressed as follows:

Peter Ensign
6111 Shallowford Road, Suite 105C
Chattanooga, TN 37421

This 1st day of March, 2017.

*/s/ Nicholas Adler*